# NO. 15-1249

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

_____
                                    :
UNITED STATES OF AMERICA,           :   Docket No. 15-1249
                                    :
              v.                    :   UNOPPOSED MOTION OF APPELLANT JANE
                                    :   DORNICK FOR A 14-DAY EXTENSION OF
JANE DORNICK,                       :   TIME TO FILE A PETITION FOR
                                    :   REHEARING AND REHEARING EN
              Appellant.            :   BANC TO DECEMBER 21, 2016
_____:

TO: MARCIA M. WALDRON, CLERK            AUSA BRUCE P. KELLER
    United States Court of Appeals     U.S. Attorney's Office
    for the Third Circuit              970 Broad Street
    21400 U.S. Courthouse,             Room 700
    Independence Mall West             Newark, NJ 07102
    601 Market Street
    Philadelphia, PA 19106-1790

Defendant-Appellant Jane Dornick, through her attorney, John Vincent Saykanic, Esq., pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 31.4, and for good cause, hereby moves for a 14-day extension of time (from December 7, 2016 to December 21, 2016), in which to file a Petition for Rehearing and Rehearing En Banc. In support of this application, counsel states as follows:

1. On July 14, 2014, Dornick appeared before the Honorable Freda L. Wolfson and pleaded guilty to Sexual Exploitation of a Child (Count 1), contrary to 18 U.S.C. § 2251(a).

2. On December 10, 2014, Dornick was sentenced by Judge

1

Wolfson to a term of imprisonment of 360 months (30 years). No fine was imposed, but a special assessment of $100 was imposed. Counts 2 and 3 of the Indictment were dismissed at sentencing.

3. On November 23, 2016, the Third Circuit (Judges Fuentes, Krause and Roth) affirmed in a "Not Precedential Under Seal" opinion.

4. The Petition for Rehearing and Rehearing En Banc are due by December 7, 2016. My caseload and calendar schedule will make adherence to this deadline very difficult. In addition, Ms. Dornick is incarcerated making communication difficult. As such, I am requesting an additional 14 days (from December 7 to December 21, 2016) in which to file the Petition for Rehearing and Rehearing En Banc.

5. By way of e-mail dated December 2, 2016, AUSA Bruce P. Keller advised "that the Government does not object to the request that you have until 12/21."

6. For the foregoing reasons, appellant Jane Dornick respectfully requests a fourteen (14) day extension to file the Petition for Rehearing and Rehearing En Banc (from December 7, 2016 to December 21, 2016).

                                              Respectfully submitted,

                                              */s/ John Vincent Saykanic*
                                                  John Vincent Saykanic
                                                  Attorney for Appellant
Dated: December 5, 2016            Jane Dornick

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket No. 15-1249 |
| v. | : | CERTIFICATION OF SERVICE |
| JANE DORNICK, | : |  |
| Appellant. | : |  |

I hereby certify that on December 5, 2016, I caused a copy of Appellant Jane Dornick's Unopposed Motion for a 14-day Extension of Time to File a Petition for Rehearing and Rehearing <u>En</u> <u>Banc</u> (to December 21, 2016), to be filed with the Clerk of the Court by electronic filing in PDF form using the Third Circuit's electronic filing system.

I also certify that on December 5, 2016, I caused the attached Motion to be served by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system, on the following Filing Users:

> AUSA Bruce Keller
> United States Attorney's Office
> 970 Broad Street
> Newark, New Jersey 07102

Dated: December 5, 2016         */s/ John Vincent Saykanic*
                                 John Vincent Saykanic
                                 Attorney for Appellant
                                 Jane Dornick